LOREN S. YOUNG, ESQ.
Nevada Bar No. 7567
LINCOLN, GUSTAFSON & CERCOS, LLP
ATTORNEYS AT LAW
7670 W. Lake Mead Blvd., Suite 200
Las Vegas, Nevada 89128
Telephone: (702) 257-1997
Facsimile: (702) 257-2203
lyoung@lgclawoffice.com

Attorneys for Defendant, TARGET CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TAMI MCINTOSH,<br><br>    Plaintiff,<br>v.<br><br>TARGET CORPORATION, a foreign corporation; DOES I-X, inclusive, and ROE CORPORATIONS XI-XX, inclusive,<br><br>    Defendants. | CASE NO.: 2:20-cv-01268-JCM-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL, WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff, TAMI MCINTOSH, by and through her attorney of record, the law firm EDWARD M. BERNSTEIN & ASSOCIATES, and Defendant, TARGET CORPORATION, by and through its attorney of record, the law firm LINCOLN, GUSTAFSON & CERCOS, LLP, that Plaintiff TAMI MCINTOSH's Complaint is hereby dismissed, with prejudice, with each party to bear their own attorney's fees and costs.

DATED this 23 day of Nov., 2022.          DATED this 28 day of Nov., 2022.

EDWARD M. BERNSTEIN & ASSOCIATES          LINCOLN, GUSTAFSON & CERCOS, LLP

_____          _____
BRIAN E. LUNT, ESQ.                        LOREN S. YOUNG, ESQ.
Nevada Bar No. 11189                       Nevada Bar No. 7567
500 South Fourth Street                    3960 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89101                    Las Vegas, NV 89169
*Attorney for TAMI MCINTOSH*               Attorneys for TARGET CORPORATION

IT IS SO ORDERED December 2, 2022.

_____
UNITED STATES DISTRICT JUDGE

v:\k-o\mcintosh_target\atty notes\drafts\pldgs\20221031_sodw_lsy.docx

1